IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rodney Dale Ivey, #324929, ) | C/A No.: 1:17-61-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Lt. Buyon, South Carolina Department ) | |
| of Corrections, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Rodney Dale Ivey ("Plaintiff"), proceeding pro se, filed this action alleging a violation of his constitutional rights. On January 13, 2017, the court ordered Plaintiff to pay the $350 filing fee or complete the enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) and to provide the service documents necessary to advance his case. [ECF No. 5]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on February 7, 2017, asking Plaintiff to pay the $350 filing fee or complete the enclosed Form AO 240 and to provide the service documents necessary to advance his case. [ECF No. 8]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on February 28, 2017, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is

**dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure.

*See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

  IT IS SO ORDERED.

March 7, 2017            Joseph F. Anderson, Jr.
Columbia, South Carolina       United States District Judge